AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Zouhary, Jack | 2. Court or Organization<br><br>District Court, Northern District of Ohio | 3. Date of Report<br><br>05/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge / Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>1716 Spielbusch Avenue<br>Toledo, OH 43604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Zouhary, Jack

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NACo | 1/20-21/2010 | San Antonio, TX | Justice and Public Safety Retreat | Airfare, hotel, meals, transportation, mileage |
| 2. | University of Denver | 1/28-29/2010 | Denver, CO | ACTL Task Force on Discovery | Airfare, hotel, meals, transportation, mileage, parking |
| 3. | ACI | 2/25-26/2010 | New York, NY | Employment Discrimination Seminar | Airfare, hotel, meals, transportation, mileage, parking |
| 4. | American College of Trial Lawyers | 3/4-7/2010 | Palm Desert, CA | Spring Meeting | Airfare, hotel, meals, transportation, mileage, parking, registration |
| 5. | University of Denver | 7/8-9/2010 | Denver, CO | ACTL Task Force on Discovery | Airfare, hotel, meals, transportation, mileage, parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  DTE Energy* | A | Dividend | J | T | | | | | |
| 2.  Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 3.  - Boeing* | | | | | | | | | |
| 4.  - DCT Industrial Trust* | | | | | | | | | |
| 5.  - Deere & Co* | | | | | | | | | |
| 6.  - DPL* | | | | | | | | | |
| 7.  - General Electric* | | | | | | | | | |
| 8.  - Intel* | | | | | | | | | |
| 9.  - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 10.  - Motorola* | | | | | | | | | |
| 11.  - Pepsico* | | | | | | | | | |
| 12.  - Pennsylvania Mutual Fund | | | | | | | | | |
| 13.  - Thornburg Intl / Value Fund | | | | | | | | | |
| 14.  - US Bancorp Delaware New* | | | | | | | | | |
| 15.  - Abbott Labs* | | | | | | | | | |
| 16.  - AT&T* | | | | | | | | | |
| 17.  - Atmos Energy* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BP PLC* | | | | | | | | | |
| 19. - Cardinal Health Inc Ohio * | | | | | | | | | |
| 20. - Coca Cola* | | | | | | | | | |
| 21. - Eaton* | | | | | | | | | |
| 22. - Centurylink* | | | | | | | | | |
| 23. - HSBC Holding* | | | | | | | | | |
| 24. - JP Morgan Chase* | | | | | | | | | |
| 25. - Key Corp* | | | | | | | | | |
| 26. - McDonald's* | | | | | | | | | |
| 27. - Merck & Co* | | | | | | | | | |
| 28. - PNC* | | | | | Sold | 10/05/10 | J | | |
| 29. - Royal Dutch Shell* | | | | | | | | | |
| 30. - Bristol-Myers Squibb* | | | | | | | | | |
| 31. - Conoco Philips* | | | | | | | | | |
| 32. - CBS* | | | | | Sold | 10/05/10 | J | | |
| 33. - Colgate Palmolive* | | | | | | | | | |
| 34. - Conagra Foods* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Du Pont E I DeNemours* | | | | | | | | | |
| 36. - HCP Inc. * | | | | | | | | | |
| 37. - Olin* | | | | | | | | | |
| 38. - Oracle* | | | | | | | | | |
| 39. - Walgreen* | | | | | | | | | |
| 40. - Whole Foods* | | | | | | | | | |
| 41. - Tradewinds NWQ Intl Value (Fund) | | | | | | | | | |
| 42. - Cohen & Steers Intl (Fund) | | | | | | | | | |
| 43. - Blackrock National (Fund) | | | | | | | | | |
| 44. - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 45. - Sprint Nextel* | | | | | | | | | |
| 46. - Stryker* | | | | | | | | | |
| 47. - Windstream* | | | | | | | | | |
| 48. - Wisconsin Energy* | | | | | | | | | |
| 49. - 3 M* | | | | | | | | | |
| 50. - Eaton Vance Ohio Mun (Fund) | | | | | Sold | 12/31/10 | K | | |
| 51. - Eaton Vance Tax (Fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Amgen* | | | | | | | | | |
| 53. - Johnson & Johnson* | | | | | | | | | |
| 54. - Microsoft* | | | | | | | | | |
| 55. - American Electric Power* | | | | | | | | | |
| 56. - Bob Evans Farms* | | | | | | | | | |
| 57. - Citigroup* | | | | | | | | | |
| 58. - Pfizer* | | | | | | | | | |
| 59. - St. Paul Travelers* | | | | | | | | | |
| 60. - Teco Energy* | | | | | | | | | |
| 61. - Verizon Communications* | | | | | | | | | |
| 62. - Alcatel Lucent* | | | | | | | | | |
| 63. - Vanguard Ohio Tax-Free Fund | | | | | | | | | |
| 64. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 65. - Deutsche Bank PFD Trust IX | | | | | | | | | |
| 66. - I Shares TR S&P National Mun Bd Fund | | | | | | | | | |
| 67. - NCR* | | | | | Sold | 11/02/10 | J | | |
| 68. - Tera Data* | | | | | Sold | 05/12/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Waste Management* | | | | | | | | | |
| 70. - Verifone* | | | | | Sold | 09/03/10 | J | A | |
| 71. - Real Estate Property No. 1 (Darke County, Ohio) | | | | | | | | | |
| 72. - Real Estate Property No. 2 (Darke County, Ohio) | | | | | Sold | 12/30/10 | N | G | |
| 73. - Real Estate Property No. 3 (Darke County, Ohio) | | | | | Sold | 12/30/10 | M | G | |
| 74. - Capital One (Accounts) | | | | | | | | | |
| 75. - Fifth Third Bank (Accounts) | | | | | | | | | |
| 76. - Merrill Lynch (Accounts) | | | | | | | | | |
| 77. - Key Bank (Accounts) | | | | | | | | | |
| 78. - Thomas McDonald Partners (Accounts) (cash) | | | | | | | | | |
| 79. - Various Municipal Tax-Exempt Bonds (Lines 80-99) | | | | | | | | | |
| 80. - Greene County (Bond) | | | | | Redeemed | 12/01/10 | J | | |
| 81. - Cincinnati Urban Redevelopment (Bond) | | | | | Redeemed | 10/01/10 | K | | |
| 82. - Ohio State Water Development (Bond) | | | | | | | | | |
| 83. - Westlake Ohio City School (Bond) | | | | | | | | | |
| 84. - Cleveland Public Power (Bond) | | | | | | | | | |
| 85. - Wadsworth School Improvement (Bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Marysville School District (Bond) | | | | | | | | | |
| 87. - Waverly City School (Bond) | | | | | Redeemed | 12/01/10 | K | | |
| 88. - Barberton City School (Bond) | | | | | | | | | |
| 89. - Springboro Sewer System (Bond) | | | | | | | | | |
| 90. - Millcreek - West Unity School (Bond) | | | | | | | | | |
| 91. - Toledo Sewer System (Bond) | | | | | | | | | |
| 92. - Akron Economic Development (Bond) | | | | | | | | | |
| 93. - Anthony Wayne Local School (Bond) | | | | | | | | | |
| 94. - Butler County Sewer System (Bond) | | | | | | | | | |
| 95. - Ohio State Higher Education (Bond) | | | | | | | | | |
| 96. - Lakewood City School (Bond) | | | | | | | | | |
| 97. - Elida Local School (Bond) | | | | | | | | | |
| 98. - Butler County Transportation (Bond) | | | | | | | | | |
| 99. - Lorain Water System (Bond) | | | | | | | | | |
| 100. - Clorox | | | | | | | | | |
| 101. - PPG | | | | | | | | | |
| 102. - Q Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - VGT | | | | | | | | | |
| 104. - VWO | | | | | | | | | |
| 105. - Fairpoint Communications | | | | | | | | | |
| 106. - Franklin High Yield (FRHIX) Fund | | | | | | | | | |
| 107. - Blackrock Short Municipal (MALMX) Fund | | | | | | | | | |
| 108. - Legg Mason (SHMMX) Fund | | | | | | | | | |
| 109. - Legg Mason (STXAX) Fund | | | | | | | | | |
| 110. - Chevron | | | | | | | | | |
| 111. - Heineken | | | | | | | | | |
| 112. - Nokia | | | | | | | | | |
| 113. - Van Kampen Municipal (VKI) | | | | | | | | | |
| 114. - Apple | | | | | | | | | |
| 115. - Gilead Science | | | | | | | | | |
| 116. - Kroger | | | | | | | | | |
| 117. - Proctor Gamble | | | | | | | | | |
| 118. - Carefusion | | | | | | | | | |
| 119. - NBH | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - ATOIX | | | | | | | | | |
| 121. - TGBAX | | | | | | | | | |
| 122. - LDLFX | | | | | | | | | |
| 123. - Montgomery County Ohio Rev (Bond) | | | | | | | | | |
| 124. - Ohio State Higher Education Fac. (Bond) | | | | | | | | | |
| 125. - Greene County Hosp. (Bond) | | | | | | | | | |
| 126. - Am. Mun. Power OH Rev (Bond) | | | | | | | | | |
| 127. - Met Life Bank (Account) | | | | | Redeemed | 10/30/10 | L | | |
| 128. - Frontier | | | | | Spinoff (from line 61) | 07/08/10 | J | | |
| 129. - Banco Santander | | | | | Buy | 04/27/10 | J | | |
| 130. - Diageo | | | | | Buy | 05/06/10 | K | | |
| 131. - Kimberly Clark | | | | | Buy | 01/22/10 | K | | |
| 132. - Monsanto | | | | | Buy | 09/28/10 | K | | |
| 133. - Philip Morris | | | | | Buy | 01/29/10 | K | | |
| 134. - STEC | | | | | Buy | 01/22/10 | J | | |
| 135. - Blackrock Build America Bond Fund | | | | | Buy | 10/21/10 | K | | |
| 136. - Lord Abbett Floating Rate Fund | | | | | Buy | 02/09/10 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - National City Cap. Tr. Pfd. | | | | | Buy | 09/03/10 | K | | |
| 138.  - Morgan Stanley Pfd. | | | | | Buy | 08/06/10 | K | | |
| 139.  - USB Cap. XI Pfd. | | | | | Buy | 12/16/10 | K | | |
| 140.  - Bank One Cap. VI Pfd. | | | | | Buy | 09/03/10 | K | | |
| 141.  - Gabelli Utilities Fund | | | | | Buy | 03/17/10 | K | | |
| 142.  IRA #1 | D | Int./Div. | N | T | | | | | |
| 143.  - Bond Fund of America (BFAFX) | | | | | | | | | |
| 144.  - Calamos (CVTEX) | | | | | | | | | |
| 145.  - Gateway (GATEX) | | | | | | | | | |
| 146.  - Munder Mid Cap (MGOAX) | | | | | | | | | |
| 147.  - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 148.  - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 149.  - Thomas McDonald Money Market Fund | | | | | | | | | |
| 150.  - I Shares Russell Midcap (IWS) | | | | | | | | | |
| 151.  - Growth Fund of America (GFAFX) | | | | | | | | | |
| 152.  - Henderson European Focus | | | | | | | | | |
| 153.  - Thornburg International Value (TGVIX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Van Kampen Growth & Income (ACGMX) | | | | | | | | | |
| 155. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 156. - Suntrust Cap IX PFD | | | | | | | | | |
| 157. - Dodge & Cox Income (DODIX) | | | | | Buy | 02/11/10 | J | | |
| 158. - Gabelli Utilities Fund (GABUX) | | | | | Buy | 03/17/10 | K | | |
| 159. - BAC Cap. XII Pfd. | | | | | Buy | 05/06/10 | J | | |
| 160. IRA #2 | E | Int./Div. | N | T | | | | | |
| 161. - DFEOX | | | | | | | | | |
| 162. - DFITX | | | | | | | | | |
| 163. - DFREX | | | | | | | | | |
| 164. - DFLAX | | | | | | | | | |
| 165. - DFSHX | | | | | | | | | |
| 166. - VIPSX | | | | | | | | | |
| 167. - Schwab (Account) | | | | | | | | | |
| 168. - VBSSX | | | | | | | | | |
| 169. - DFQTX | | | | | Buy | 01/22/10 | K | | |
| 170. - DFIEX | | | | | Buy | 03/29/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA #3 | E | Int./Div. | O | T | | | | | |
| 172. - Morgan Stanley & Co. | | | | | | | | | |
| 173. - Microsoft (MSFT)* | | | | | | | | | |
| 174. IRA #4 | D | Dividend | M | T | | | | | |
| 175. - Blackrock Build America (BBN) | | | | | Buy | 10/21/10 | K | | |
| 176. - Spider China ETF (GXC) | | | | | Buy | 05/04/10 | J | | |
| 177. - Vanguard Total Market EFT (VTI) | | | | | Buy | 06/29/10 | J | | |
| 178. - Dodge & Cox Income (DODIX) | | | | | Buy | 04/23/10 | J | | |
| 179. Fifth Third Bank (Accounts) | E | Interest | K | T | | | | | |
| 180. Key Bank (Accounts) | B | Interest | | | Redeemed | 12/30/10 | L | | |
| 181. Rurban Financial | | None | J | T | | | | | |
| 182. Fifth Third IRA (CDs) | A | Interest | K | T | | | | | |
| 183. John Hancock Venture | D | Dividend | M | T | | | | | |
| 184. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 185. US Savings Bonds | B | Interest | K | T | | | | | |
| 186. Washington County Ohio Health (Bond) | A | Interest | J | T | | | | | |
| 187. Citigroup (C)* | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 189. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 190. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |
| 191. Gliatech (GLIAQ)* | | None | J | T | | | | | |
| 192. Motorola (MOT)* | A | Dividend | J | T | | | | | |
| 193. Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 194. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 195. Tower Financial (TOFC)* | | None | J | T | | | | | |
| 196. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 197. Huntington* | A | Dividend | J | T | | | | | |
| 198. Orbital (OBTEF)* | | None | J | T | | | | | |
| 199. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 200. Sylvania Ohio City School (Bond) | B | Interest | K | T | | | | | |
| 201. Amgen (AMGN)* | | None | J | T | | | | | |
| 202. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 203. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 204. AT&T (T)* | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |
| 206. Coca Cola (KO)* | A | Dividend | J | T | | | | | |
| 207. Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |
| 208. Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 209. Intel (INTL)* | A | Dividend | J | T | | | | | |
| 210. KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 211. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 212. ML&Co Mitts S&P (MTSM) | | None | | | Redeemed | 03/08/10 | K | | |
| 213. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 214. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 215. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 216. Goldman Sachs Fund (GHYAX) | A | Interest | J | T | | | | | |
| 217. Blackrock Mun Intermediate Fund (MUI) | C | Interest | K | T | | | | | |
| 218. Blackrock Muniholdings Fund (MHD) | B | Interest | L | T | | | | | |
| 219. Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 220. Diversified Credit Oppty Fund | | None | L | T | | | | | |
| 221. CBS (CBSA)* | A | Dividend | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 223. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 224. Campbell Strategic | B | Interest | L | T | | | | | |
| 225. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 226. Ohio Water Dev (Bond) | A | Interest | | | Redeemed | 09/01/10 | J | | |
| 227. Anthony Wayne School (Bond) | A | Interest | J | T | | | | | |
| 228. Lakewood City (Bond) | B | Interest | K | T | | | | | |
| 229. Cedar Fair (FUN)* | A | Dividend | J | T | | | | | |
| 230. Royal Dutch Shell (RDSA)* | A | Dividend | K | T | | | | | |
| 231. Deutsche Bank Pref Trust IX | B | Dividend | K | T | | | | | |
| 232. Eaton Vance Nat Mun Fund | A | Dividend | K | T | | | | | |
| 233. Waverly Ohio City Schools (Bond) | A | Interest | | | Redeemed | 12/01/10 | J | | |
| 234. Barberton Ohio City Schools (Bond) | A | Interest | J | T | | | | | |
| 235. Springboro Ohio Swr System (Bond) | A | Interest | J | T | | | | | |
| 236. Millcreek-West University Ohio (Bond) | A | Interest | J | T | | | | | |
| 237. Verifone (PAY)* | | None | | | Distributed | 11/16/10 | J | | |
| 238. Nationwide Bank (Accounts) | C | Interest | M | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
  (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Butler County (Bond) | B | Interest | K | T | | | | | |
| 240. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 241. IXJ | A | Dividend | K | T | | | | | |
| 242. Pfizer (PFE) | A | Dividend | | | Distributed | 11/16/10 | J | | |
| 243. VGT | A | Dividend | J | T | | | | | |
| 244. VEU | A | Dividend | J | T | | | | | |
| 245. Gigamedia Limited - GIGM | | None | J | T | | | | | |
| 246. VOHXX | A | Dividend | K | T | | | | | |
| 247. VOHIX | C | Dividend | K | T | | | | | |
| 248. DFA US Core Equity (DFQTX) | B | Dividend | M | T | | | | | |
| 249. DFA International Core (DFIEX) | B | Dividend | K | T | | | | | |
| 250. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 251. Schwab (Account) (cash) | A | Interest | K | T | | | | | |
| 252. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 253. VGK | A | Dividend | J | T | | | | | |
| 254. Franklin High Yield Tax Free (FRHIX) Fund | A | Dividend | J | T | | | | | |
| 255. Legg Mason Municipal High (STXAX) Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PNC Bank (IRA) (CD) | A | Interest | | | Redeemed | 04/15/10 | M | | |
| 257. Ohio State Higher Ed (Bonds) | C | Interest | L | T | | | | | |
| 258. Montgomery County Ohio Rev (Bonds) | C | Interest | K | T | | | | | |
| 259. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 260. ATOIX | C | Dividend | M | T | | | | | |
| 261. XLP | A | Dividend | J | T | | | | | |
| 262. Dexcom | | None | J | T | | | | | |
| 263. HEV | | None | J | T | | | | | |
| 264. Met Life Bank (Account) | B | Interest | | | Redeemed | 10/28/10 | L | | |
| 265. VFSTX | A | Dividend | J | T | | | | | |
| 266. Banco Santander (STD) | A | Dividend | J | T | Buy | 04/27/10 | J | | |
| 267. Cisco (CISCO) | | None | J | T | Buy | 11/16/10 | J | | |
| 268. Energy Sector Spdr. (XLE) | A | Dividend | J | T | Buy | 06/29/10 | J | | |
| 269. Kimberly Clark (KMB) | A | Dividend | K | T | Buy | 01/25/10 | K | | |
| 270. Kroger (KR) | A | Dividend | J | T | Buy | 03/01/10 | J | | |
| 271. Monsanto (MON) | A | Dividend | K | T | Buy | 04/29/10 | K | | |
| 272. National Bank Greece (NBG) | | None | J | T | Buy | 04/12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. National City Cap. Pfd. (NCC PRC) | A | Dividend | K | T | Buy | 12/17/10 | K | | |
| 274. Petroleo Brasileiro (PBR) | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 275. Qualcomm (QCOM) | A | Dividend | K | T | Buy | 01/28/10 | K | | |
| 276. Savient Pharmaceutical (SVNT) | | None | J | T | Buy | 10/25/10 | J | | |
| 277. Tortoise MLP Fund (NTG) | A | Dividend | J | T | Buy | 09/15/10 | J | | |
| 278. Blackrock Build America Fund (BBN) | A | Dividend | K | T | Buy | 08/26/10 | K | | |
| 279. Templeton Global Bond (TGBAX) | A | Dividend | J | T | Buy | 05/10/10 | J | | |
| 280. Lord Abbott Short Duv. (LDLFX) | A | Dividend | K | T | Buy | 05/10/10 | K | | |
| 281. Tortoise MLP Fund (NTG) | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 282. Frontier (FTR) | A | Dividend | J | T | Spinoff (from line 61) | 07/08/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)           U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stock.

Trust #1 (Line 2) is an Aggregate Ownership Arrangement in which ▓▓▓▓ is a one-fifth beneficiary. Assets are itemized (Lines 3 - 141).

IRA #1 (Line 142), IRA #2 (Line 160) and IRA #4 (Line 174) (Rollover) are ▇▇▇ retirements, again itemized.

Verifone (PAY) (Line 237) and Pfizer (Line 242) were gifted ▓▓▓▓▓ in November 2010.


Additions to 2010 Report:

Lines 128 - 141
Acquisitions made to Trust #1

Lines 157-159
Acquisition made to IRA #1

Lines 169-170
Acquisition made to IRA #2

Line 174 / IRA #4
Lines 175-178
Acquisitions made to IRA #4

Lines 266 - 282
Acquisitions made ▇▇▇▇▇▇▇

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/09/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544